UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY BARGER, II,<br>aka GARY FRANCIS FISHER,<br>aka GARY DALE BARGER,<br>      Plaintiff,<br>   v.<br>KERN COUNTY SUPERIOR COURT, et al.,<br>      Defendants. | Case No. 17-cv-00961-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Sonny Barger's allegations in this federal civil rights action are based on events that occurred in Kern County, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** March 22, 2017



WILLIAM H. ORRICK
United States District Judge